JPML FORM 1A                           DOCKET ENTRIES

                    JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 301 -- IN RE AIR CRASH DISASTER AT SALISBURY, MD., ON MAY 16, 1974

| Date | No. Code | |
|---|---|---|
| 3/7/77 | 1. | MOTION w/SUPPORTING MEMORANDUM -- Pltf./3d-Party def. Atlantic Aviation Corp. -- Appendix A and service list. REQUESTED TRANSFEREE FORUM: District of Delaware |
| 3/17/77 | | APPEARANCES -- Betty Jane Driscoll, etc. by F. Alton Tybout  Edeltraud D'Angelo, etc. by Thomas J. Feeney, III  United States by Michael B. L. Hepps  Atlantic Aviation Corp. by David L. Steck |
| 3/28/77 | | LETTER -- U. S. DEPT OF JUSTICE |
| 3/28/77 | | HEARING ORDER -- Setting A-1 through A-3 for hearing -- April 22, 1977 Los Angeles, Calif. |
| 3/31/77 | | LETTER -- Counsel for Betty Jane Driscoll w/service indicated |
| 3/31/77 | | LETTER -- Counsel for D'ANGELO w/service indicated |
| 4/19/77 | | WAIVER OF ORAL ARGUMENT -- Edeltraud B. D'Angelo, etc. for 4/22/77 hearing in Los Angeles, California |
| 4/19/77 | | WAIVER OF ORAL ARGUMENT -- The United States Of America for 4/22/77 hearing in Los Angeles, California |
| 4/19/77 | | WAIVER OF ORAL ARGUMENT -- Plaintiff Betty Jane Driscoll, etc. for 4/22/77 hearing in Los Angeles, California |
| 5/3/77 | | TRANSFER ORDER -- transferring A-3 to be consolidated with A-1 and A-2 for pretrial proceedings, Under 28 U.S.C. §1407. |
| 5/3/77 | | CONSENT OF TRANSFEREE COURT -- Assigning Honorable Caleb R. Layton, III. to handle litigation. |

JPML Form 1   MO - 5/3/77

DOCKET NO. __301__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH DISASTER AT SALISBURY, MARYLAND, ON MAY 16, 1974

## Summary of Panel Actions

Date(s) of Hearing(s) 4/22/77
Consolidation Ordered 5/3/77      Consolidation Denied _____
Opinion and/or Order _____
Citation _____

Transferee District __District of Delaware__      Transferee Judge __Caleb R. Layton, III__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Atlantic Aviation Corp. v. United States of America | Delaware Layton | 75-146 | | | 10/2/78 | |
| A-2 | Betty Jane Driscoll, etc. v. United States of America | Delaware Layton | 76-277 | | | 10/2/78 | * |
| A-3 | Edeltraud B. D'Angelo, etc. v. United States of America v. Atlantic Aviation Corp. | E.D. Pa. McGlynn | 76-2036 | 5/3/77 | 77-171 | 9/22/78 | |

July 1979 - 1 TR / 2 DELA / 3 DISD / Closed

* on appeal

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 301 -- IN RE AIR CRASH DISASTER AT SALISBURY, MARYLAND ON MAY 16, 1974

---

ATLANTIC AVIATION CORP. (A-1)
David L. Steck, Esquire
Rawle & Henderson
2100 Packard Building
Philadelphia, PA   19102


BETTY JANE DRISCOLL, ETC. (A-2)
F. Alton Tybout, Esquire
1110 Bank of Delaware Building
300 Delaware Avenue
Wilmington, Delaware   19899


EDELTRAUD B. D'ANGELO, ETC. (A-3)
Thomas J. Feeney, III, Esquire
Suite 900, Two Bala Cynwyd Plaza
Bala Cynwyd, PA   19004


UNITED STATES OF AMERICA
Michael B. L. Hepps, Esquire
Asst. United States Attorney
Rm. 3310, United States Courthouse
Independence Mall West
601 Market Street
Philadelphia, PA   19106