JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
MAY -3 1977
PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 301

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR DISASTER AT SALISBURY, MARYLAND, ON MAY 10, 1974

TRANSFER ORDER

It appearing that all parties to the actions listed on the attached Schedule A agree on the desirability of or do not oppose transferring the action pending in the Eastern District of Pennsylvania to the District of Delaware for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the actions pending in the District of Delaware before Judge Caleb R. Layton, III, and the Panel having ruled from the bench, upon the basis of the complaints, the papers submitted, and the hearing held, that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation,

IT IS ORDERED that the action listed on the attached Schedule A and pending in the Eastern District of Pennsylvania be, and the same hereby is, transferred to the District of Delaware and, with the consent of that court, assigned to the Honorable Caleb R. Layton, III, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

*John Minor Wisdom*

John Minor Wisdom
Chairman

SCHEDULE A                                                          DOCKET NO. 301

EASTERN DISTRICT OF PENNSYLVANIA

Edeltraud B. D'Angelo, etc. v. United           Civil Action
States of America v. Atlantic Aviation          No. 76-2036
Corp.

DISTRICT OF DELAWARE

Atlantic Aviation Corp. v. United States        Civil Action
of America                                      No. 75-146

Betty Jane Driscoll, etc. v. United States      Civil Action
of America                                      No. 76-277